STATE OF NEW JERSEY v. COSTAS CHRISTOFI.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES BRADFORD.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT NAPOLI.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES BROWNING.

July 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY HARDAWAY.

July 11, 1986.

Petition for certification denied.